November 3, 2006

Mr. Reagan W. Simpson
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002-5213

Ms. Christa Brown
P.O. Box 162714
Austin, TX 78716-2714
Mr. Russell H. McMains
Law Offices of Russell H. McMains
P.O. Box 2846
Corpus Christi, TX 78403

Mr. David Roberts
Garner, Roberts & Roberts, L.L.P.
P.O. Box 9
Port Lavaca, TX 77979

RE: Case Number: 02-0381
 Court of Appeals Number: 13-00-00466-CV
 Trial Court Number: 97-CV-255

Style: F.F.P. OPERATING PARTNERS, L.P. D/B/A MR. CUT RATE #602
 v.
 XAVIER DUEÑEZ, AND WIFE, IRENE DUEÑEZ, AS NEXT FRIENDS OF CARLOS DUEÑEZ AND PABLO DUEÑEZ,
 MINORS

Dear Counsel:

 Today the Supreme Court of Texas withdrew its opinions and judgment of September 3, 2004, and
delivered the enclosed substituted opinions and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures
| | |
|cc: |Ms. Cathy Wilborn |
| |Ms. Marlene Paul |
| |Mr. Gregory J. Lensing |
| |Mr. Glen Garey |
| |Mr. James E. Rensimer |
| |Mr. Oscar H. Villarreal |
| |Mr. Arthur C. Reyna Jr. |
| |Mr. Manuel Lopez |
| |Mr. Edward J. Murphy |
| |Mr. E. Lee Parsley |
| |Ms. Anita Fricke |
| |Mr. Grant E. Adami III |